INEZ BIELECKI, Appellant, v RICHARD BIELECKI, Respondent.

Submitted June 22, 2015; decided September 3, 2015

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 1035 (2015)].

Judge FAHEY taking no part.

CF HY LLC, Respondent, v HUDSON YARDS LLC et al., Defendants, and BARUCH SINGER, Appellant.

Submitted June 22, 2015; decided September 3, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]). Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

JEFFREY CHIARA, Respondent, v TOWN OF NEW CASTLE et al., Appellants.

Submitted July 20, 2015; decided September 3, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.